

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2019

No. 04-19-00041-CR

**IN RE** Jose **MEDINA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
              Irene Rios, Justice
              Liza A. Rodriguez, Justice

On January 30, 2019, this court issued an opinion denying relator's pro se petition for writ of mandamus in which relator complained the trial court has refused to set for a hearing and rule on his "Motion of [sic] Leave to File Motion to Amend the Trial Court's Certification of Defendant's Right of Appeal." After relator filed a motion for rehearing, the trial court filed with this court a courtesy copy of its July 24, 2018 "Order" denying relator's motion to amend the trial court's certification. We, therefore, DENY AS MOOT relator's motion for rehearing.

It is so **ORDERED** on March 20, 2019.

**PER CURIAM**

ATTESTED TO: _____
               Keith E. Hottle
               Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010-CR-1086-W1, styled *The State of Texas v. Jose Medina*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.